**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 53525**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | |
| | ) | **Filed:  July 6, 2026** |
| Plaintiff-Respondent, | ) | |
| | ) | **Melanie Gagnepain, Clerk** |
| v. | ) | |
| | ) | **THIS IS AN UNPUBLISHED** |
| SHAWNA S. BEATTY, | ) | **OPINION AND SHALL NOT** |
| | ) | **BE CITED AS AUTHORITY** |
| Defendant-Appellant. | ) | |
| | ) | |

Appeal from the District Court of the Second Judicial District, State of Idaho, Nez Perce County.  Hon. Mark T. Monson, District Judge.

Order withholding judgment and three-year term of supervised probation, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Abigael E. Schulz, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

_____

Before TRIBE, Chief Judge; LORELLO, Judge;
and MELANSON, Judge Pro Tem
_____

PER CURIAM

Shawna S. Beatty pled guilty to possession of a controlled substance.  I.C. § 37-2732(c)(1). In accordance with the stipulated plea agreement, the district court withheld judgment and sentenced Beatty to a supervised term of probation for three years.[1]  Beatty appeals, arguing that her sentence is excessive.

Mindful Beatty received the sentence she stipulated to, she asserts that the district court erred in imposing an excessive sentence.  The doctrine of invited error applies to estop a party

_____

[1] Pursuant to the plea agreement, two additional misdemeanor charges were dismissed.

from asserting an error when his or her own conduct induces the commission of the error. *State v. Atkinson*, 124 Idaho 816, 819, 864 P.2d 654, 657 (Ct. App. 1993). One may not complain of errors one has consented to or acquiesced in. *State v. Caudill*, 109 Idaho 222, 226, 706 P.2d 456, 460 (1985); *State v. Lee*, 131 Idaho 600, 605, 961 P.2d 1203, 1208 (Ct. App. 1998). In short, invited errors are not reversible. *State v. Gittins*, 129 Idaho 54, 58, 921 P.2d 754, 758 (Ct. App. 1996). This doctrine applies to sentencing decisions as well as rulings made during trial. *State v. Griffith*, 110 Idaho 613, 614, 716 P.2d 1385, 1386 (Ct. App. 1986).

Therefore, because Beatty received the sentence she requested, she may not complain that the district court abused its discretion. Accordingly, the order withholding judgment and sentence are affirmed.